

315 S. Biscayne Blvd, Suite 400, Miami, FL 33131 • (305) 921-1800

May 16, 2024

Brendan I. Herbert
305-921-1820
bherbert@polsinelli.com

**VIA EMAIL to matt@fieldslaw.com**

Matthew P. Forsberg, Esq.
Fields Law Firm
9999 Wayzata Blvd.
Minnetonka, Minnesota 55305

Re:    *Jessica Driscoll v. Community Loan Servicing, LLC*
       District Court of Minnesota Civil Action No.: 0:24-cv-00526

Dear Mr. Forsberg:

Attached please find Defendant, Community Loan Servicing, LLC's Rule 11 Motion for Sanctions against Plaintiff Jessica Driscoll and her counsel, Fields Law. This document is being served upon you and will be filed in 21 days if you do not withdraw your Complaint.

If you have any questions or concerns, please contact our office.

Sincerely,

*Brendan Herbert*

Brendan I. Herbert

BIH/jlb

polsinelli.com

Atlanta   Boston   Chattanooga   Chicago   Dallas   Denver   Edwardsville   Houston   Jefferson City
Kansas City   Los Angeles   Miami   Nashville   New York   Phoenix   Raleigh   St. Joseph
St. Louis   Salt Lake City   San Francisco   Seattle   Silicon Valley   Washington, D.C.   Wilmington

Polsinelli PC, Polsinelli LLP in California